NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FLORIDA DEPARTMENT OF
TRANSPORTATION,

     Appellant,

v.                                                                  Case No. 2D18-4456

CLODETTE FLEURVIL, MAXO FLEURVIL,
NICOLAS ALEXIS, GLADYS ALEXIS,
MACATY JEAN JACQUES, NOELMISE
NOEL, NOZAIRE NORE, JOSE ZIMERO,
JEAN BAPTISTE RAFAEL, ROSETTE
VOLMAR as personal representative of
the Estate of Dazilia Joseph, deceased,
CLAIROMENE GLYSEE LOCHARD as
personal representative of the Estate of
Lifaite Lochard, deceased, JEANNOT
PETIT-FRERE, as personal representative
of the Estates of Jude Petit-Frere and
Obernise Petit-Frere, deceased,
INNOCENT ROSEME, FALAND JEANTY
as mother and natural guardian of Faeyana
Desirus, a minor, and EDZARE LaROSE
JEAN as personal representative of the
Estate of Wanie LaRose, deceased,

     Appellees.
_____

Opinion filed October 23, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Lee County;
Keith R. Kyle, Judge.

Carri S. Leininger of Williams, Leininger &
Cosby, P.A., North Palm Beach, for
Appellant.

Sorraya M. Solages-Jones of Lytal, Reiter,
Smith, Ivey, & Fronrath, West Palm Beach,
and Scott B. Smith of Scott Smith Injury
Law, Palm Beach Gardens, for Appellees.

PER CURIAM.

Dismissed.  See Fla. Highway Patrol v. Jackson, 238 So. 3d 430 (Fla. 1st

DCA 2018), review granted, No. SC18-468, 2018 WL 6818899 (Fla. Dec. 27, 2018);

Miami-Dade Cty. v. Pozos, 242 So. 3d 1152 (Fla. 3d DCA 2017).

SILBERMAN, MORRIS, and SMITH, JJ., Concur.